UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MADISON SAC, LLC, a California Limited Liability Company; 4317 MADISON, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-02525-MCE-DB<br><br>**ORDER** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby ordered dismissed with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal　　　　　　　　　　　　　　　Case: 2:18-CV-02525-MCE-DB